AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| HILL, JAMES C. | U.S. COURT OF APPEALS, 11TH CIR | 06/05/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| SENIOR U.S. CIRCUIT JUDGE | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

UNITED STATES COURTHOUSE
POST OFFICE BOX 52598
JACKSONVILLE, FL 32201

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HILL, JAMES C. | 06/05/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 12/31/12 | SEE NOTE IN SECTION VIII. | $0.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HILL, JAMES C. | 06/05/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HILL, JAMES C. | 06/05/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. MONROE INV., LTD., MONROE COUNTY GA | | None | J | W | | | | | |
| 2. MIDLAND OIL | | None | J | W | | | | | |
| 3. GEELAAC COMMONWEALTH ANNUITY PLUS (ANNUITY) | | None | M | T | | | | | |
| 4. HARTFORD FBL CRC DIRECTOR (ANNUITY) | | None | L | T | | | | | |
| 5. BANK OF AMERICA CORPORATION | A | Dividend | J | T | | | | | |
| 6. AMERICAN NATL INSURANCE | B | Dividend | K | T | | | | | |
| 7. CATERPILLAR | A | Dividend | K | T | | | | | |
| 8. COCA-COLA COMPANY | B | Dividend | K | T | | | | | |
| 9. CONOCOPHILLIPS | B | Dividend | K | T | | | | | |
| 10. EMERSON ELECTRIC CO | B | Dividend | K | T | | | | | |
| 11. EXPRESS SCRIPTS | | None | K | T | | | | | |
| 12. GENCO SHIPPING & TRDG F | | None | | | Sold | 02/21/12 | J | A | |
| 13. GENERAL DYNAMICS CORP | A | Dividend | | | Sold | 04/26/12 | K | A | |
| 14. GENERAL ELECTRIC COMPANY | A | Dividend | K | T | | | | | |
| 15. INTEL CORP | A | Dividend | J | T | | | | | |
| 16. INTERNATIONAL BUSINESS MACHINES CORP | A | Dividend | K | T | | | | | |
| 17. PROCTOR & GAMBLE | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HILL, JAMES C. | 06/05/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. WELLS FARGO & CO NEW | A | Dividend | K | T | | | | | |
| 19. GOLDMAN SACHS 6.20% PFD | B | Dividend | K | T | | | | | |
| 20. PIMCO ALL ASSET INSTL | B | Dividend | K | T | | | | | |
| 21. PIMCO ALL ASSET ALL | B | Dividend | K | T | Buy | 02/22/12 | K | | |
| 22. PIMCO LOW DURATION FUND | D | Dividend | M | T | | | | | |
| 23. PIMCO TOTAL RETURN FUND | D | Dividend | M | T | | | | | |
| 24. VANGUARD LIMITED TERM | | None | L | T | | | | | |
| 25. BB&T CORPORATION | A | Dividend | K | T | | | | | |
| 26. BARRICK GOLD CORP | A | Dividend | K | T | | | | | |
| 27. BERKSHIRE HATHAWAY CL B | | None | K | T | | | | | |
| 28. BRISTOL-MYERS SQUIBB CO | A | Dividend | K | T | | | | | |
| 29. DUKE ENERGY CORP NEW | A | Dividend | K | T | Sold (part) | 07/06/12 | J | A | |
| 30. HOME DEPOT COMMON STOCK | B | Dividend | L | T | | | | | |
| 31. JOHNSON & JOHNSON | B | Dividend | L | T | | | | | |
| 32. SOUTHERN COMPANY COMMON STOCK | B | Dividend | K | T | | | | | |
| 33. WEYERHAEUSER CO | A | Dividend | K | T | | | | | |
| 34. AMERICAN BALANCE FUND CLASS A | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HILL, JAMES C. | 06/05/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. PRUDENTIAL JENNISON HEALTH SCI A | D | Dividend | L | T | Sold (part) | 02/21/12 | K | A | |
| 36. SCHWAB US TREASURY MONEY FD (SWEEP) | A | Dividend | K | T | | | | | |
| 37. SUNTRUST BANK | A | Interest | J | T | | | | | |
| 38. BOEING | A | Dividend | K | T | Buy | 05/15/12 | K | | |
| 39. CSX CORPORATION | A | Dividend | J | T | Buy | 02/24/12 | J | | |
| 40. PHILLIPS 66 COMMON STOCK | A | Dividend | K | T | Spinoff (from line 9) | 04/30/12 | J | | |
| 41. SCHWAB I INTEREST | | None | J | T | | | | | |
| 42. | | | | | | | | | |
| 43. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HILL, JAMES C. | 06/05/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

NOTES FROM SECTION II:
SEE ANNUITIES BELOW, WHICH REFER TO ITEMS 3 AND 4 OF SECTION VII. THESE TWO ITEMS ARE ANNUITIES AND MAY BE CLASSIFIED AS INSURANCE EVEN THOUGH VALUE DEPENDS UPON THE UNDERLYING SECURITIES.

NOTES FROM SECTION VIII:
ITEMS 3 AND 4: ANNUITIES WHOSE VALUES WILL BE REPRESENTED BY THE VALUE OF THE UNDERLYING SECURITIES. THERE WILL BE NO INCOME UNTIL THE FUNDS ARE DRAWN OUT. THE INCOME WILL DEPEND ON WHETHER THE INVESTMENTS HAVE RISEN OR FALLEN. THESE ARE LIFE INSURANCE ITEMS.

## FINANCIAL DISCLOSURE REPORT

Page 8 of 8

| Name of Person Reporting | Date of Report |
|---|---|
| HILL, JAMES C. | 06/05/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature: s/ JAMES C. HILL

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544